UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KOANG GACH,

          Plaintiff,

   v.

GRANT C. LYONS, et al.,

          Defendants.

Case No. C24-1285-JCC

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

    Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 7, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 30th day of August, 2024.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1