THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOANG GACH,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT C. LYONS, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C24-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 10). In the motion submitted, Plaintiff represents that he directed a copy of the motion to all other parties and their attorney(s). (*Id.* at 2.) But summons have yet to issue in this matter (although Plaintiff was sent a blank summons packet), opposing counsel have not lodged an appearance, and therefore could not have been sent a copy of Plaintiff's motion. (*See id.* at 2) (failing to name attorneys representing the other parties).

Based on the above, the Plaintiff is ORDERED to show cause why the Court should grant his motion to appoint counsel (Dkt. No. 10). Plaintiff may do so by returning summons so that they may be issued and filing a new motion to appoint counsel within thirty (30) days of the issuance of this order. If Plaintiff does not do so, the Court will deny the motion.

MINUTE ORDER
C24-1285-JCC
PAGE - 1

The Clerk is DIRECTED to mail a copy of this order to Plaintiff along with an additional blank summons packet.

DATED this 21st day of October 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
