THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOANG GACH,<br><br>                Plaintiff,<br><br>     v.<br><br>GRANT C. LYONS, *et al.*,<br><br>                Defendants. | CASE NO. C24-1285-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to appoint counsel (Dkt. No. 10). Plaintiff was previously ordered to show cause why the Court should grant his motion because he failed to issue summons and opposing counsel could not have been sent a copy of the motion. (Dkt. No. 11 at 1.) He was instructed to file a new motion to appoint counsel by November 20, 2024, or else his motion would be denied. (*Id.*) While summons have now issued, (Dkt. No. 12), Plaintiff has not filed a new motion to appoint counsel.

Therefore, finding good cause, the motion to appoint counsel (Dkt. No. 10) is DENIED. Plaintiff may renew his motion in the correct manner previously explained by the Court.

The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

//

MINUTE ORDER
C24-1285-JCC
PAGE - 1

DATED this 22nd day of November 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk