THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOANG GACH, | CASE NO. C24-1285-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GRANT C. LYONS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's second motion to appoint counsel (Dkt. No. 14). His first motion was deficient and, despite an opportunity to amend, was ultimately dismissed. (*See* Dkt. No. 13 at 1.) The motion submitted here suffers from similar deficiencies to the first. Plaintiff represents that he directed a copy of the motion to all other parties and their attorney(s). (Dkt. No. 14 at 4.) But counsel for Defendant had yet to lodge an appearance when the instant motion was submitted, (*see* Dkt. No. 15), and therefore could not have been sent a copy of Plaintiff's motion. (*See* Dkt. No. 14 at 2) (failing to name attorneys representing the other parties). Plaintiff also fails in the instant motion to indicate whether the Court has previously granted leave to proceed *in forma pauperis*. (*See id.* at 1.)

Based on the above, the Plaintiff is ORDERED to show cause why the Court should grant

MINUTE ORDER
C24-1285-JCC
PAGE - 1

his second motion to appoint counsel (Dkt. No. 14). Plaintiff may do so by filing a new motion to appoint counsel within thirty (30) days of the issuance of this order. If Plaintiff does not do so, the Court will deny the motion.

  The Clerk is DIRECTED to mail a copy of this order to Plaintiff along with a blank copy of an application for court-appointed counsel for civil rights cases.

  DATED this 2nd day of January 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
