THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KOANG GACH, | CASE NO. C24-1285-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GRANT C. LYONS, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On January 2, 2025, the Court ordered Plaintiff to show cause why it should grant his motion to appoint counsel. (Dkt. No. 19.) The Court directed Plaintiff to address several deficiencies in a new motion to appoint counsel within 30 days, or else his motion would be denied. (*Id.* at 2.) Thirty days have elapsed, but Plaintiff has not filed a new motion.

Accordingly, Plaintiff's motion to appoint counsel is DENIED.

//

//

//

//

MINUTE ORDER
C24-1285-JCC
PAGE - 1

DATED this 12th day of February 2025.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER
C24-1285-JCC
PAGE - 2